**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RECEIVED IN INTAKE APR 07 2011



$00.357
03/30/2011
US POSTAGE

VTF

NIXIE        913    9E  1         01  04/04/11
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 92101892965      *2852-08755-04-27

Andrew Levy
Law Office Andrew Levy
543 Country Club Dr #B417
Simi Valley, CA 93065