UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RECEIVED INTAKE
APR 07 2011



FIRST CLASS AUTO
049J82054405
$00.357
03/30/2011
US POSTAGE

MLNA

OSO NBE 1 110F 72 04/05/11
RETURN TO SENDER
MCCAULEY CATHERINE
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER
BC: 92101892965         *1284-01106-01-38

Catherine M McCauley
Law Office Catherine M McCauley
PO Box 500
Castleton, VT 05735-0500