ATES DISTRICT COURT
DISTRICT OF CALIFORNIA

ICE OF THE CLERK
NT STREET, SUITE 4290
, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

FILED
JUL - 5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

11MC0456

Andrew Levy
Law Office Andrew Levy
543 Country Club Dr #B417
Simi Valley, CA 93065

NIXIE          913   9C 1       01 07/03/11
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 92101892965      *2708-04509-03-10